Jared T. Walker (SB#269029)
1104 Corporate Way
Sacramento, CA 95831
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
SUSAN CAMARGO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CAMARGO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01733-CMK<br><br>STIPULATION FOR FIRST 30 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days until March 4, 2018. This is Plaintiff's first request for an extension of time. Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to the length of the administrative record in this case and counsel's current workload which has involved conflicting deadlines in unrelated matters. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: February 1, 2018     Respectfully submitted,

/s/ *Jared T. Walker*
Jared T. Walker,
Attorney for Plaintiff

///

///

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

SO STIPULATED:

              MCGREGOR W. SCOTT
              United States Attorney

Dated:        By: /s/ *Urmila R. Taylor* *
            (*authorized by e-mail on 2/2/2018*)
            Supervisory Attorney for Daniel A. Lazar
            Special Assistant United States Attorney
            Attorneys for Defendant

              <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: February 6, 2018

              _____
              CRAIG M. KELLISON
              UNITED STATES MAGISTRATE JUDGE