| | |
|---|---|
| 1 | Jared T. Walker (SB#269029) |
| 2 | 1104 Corporate Way<br>Sacramento, CA 95831 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@saclawoffices.com |
| 5 | Attorney for Plaintiff, |
| 6 | SUSAN CAMARGO |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CAMARGO, | Case No.: 2:17-cv-01733-CMK |
| Plaintiff, | |
| v. | STIPULATION FOR 14 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended fourteen (14) days until March 19, 2018. This is Plaintiff's second request for an extension of time. Plaintiff's counsel apologizes for any inconvenience resulting from his inability to prepare Plaintiff's opening brief in accordance with the current scheduling order. The administrative record in this case is voluminous and counsel's schedule has recently involved significant out of town travel for depositions, as well as other court filing deadlines in unrelated matters. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: March 5, 2018                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Jared T. Walker*
　　　　　　　　　　　　　　　　　　　　Jared T. Walker,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

SO STIPULATED:

                                           MCGREGOR W. SCOTT
                                           United States Attorney

Dated: March 5, 2018          By:    /s/ *Carolyn B. Chen**
                                               (**authorized by e-mail on 3/5/2018*)
                                               Supervising Attorney for Chantal Jenkins
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant

                                                  <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: March 8, 2018

                                                  CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE